Argued and submitted September 30, reversed and remanded with instructions to enter an award in accordance with this opinion November 9, 1981

In the Matter of the Compensation of
Terry L. Riddle, Claimant.

RIDDLE,
*Petitioner,*

*v.*

STATE ACCIDENT INSURANCE FUND
CORPORATION,
*Respondent.*

(No. 79-8182, CA A21025)

635 P2d 680

Evohl F. Malagon, Eugene, argued the cause for petitioner. On the brief were Peter W. McSwain and Malagon, Velure & Yates, Eugene.

Darrell E. Bewley, Appellate Counsel, State Accident Insurance Fund, argued the cause and filed the brief for respondent.

Before Gillette, Presiding Judge, and Roberts and Young, Judges.

PER CURIAM.

**PER CURIAM.**

Upon a *de novo* review of the record, we have determined that the claimant is entitled to an award of 10 percent loss for the left leg in addition to the 10 percent for loss of the same member granted by the determination order of September 17, 1979. *See Hoag v. Duraflake,* 37 Or App 103, 585 P2d 1149, *rev den* 284 Or 521 (1978).

The order of the Workers' Compensation Board is reversed and remanded with instructions to enter an award in accordance with this opinion.